UNITED STATES DISTRICT COURT
District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.      CASE NO. 19-CR-10127-01-02-JWB

**GLADYS GONZALEZ,**
    a/k/a GLADYS GONZALES,
    a/k/a GLADYS D. GONZALEZ,
    a/k/a GLADYS D. PILAR,
    a/k/a GLADYS D. PILAR GONZALEZ,

**and**

**NANA AMARTEY BAIDOOBONSO-IAM,**
    a/k/a NANA I AM,
    a/k/a NANA A. IAM,
    a/k/a NANA AMARTEY BAIDOOBONSOIAM,
    a/k/a NANA BAIDOBONSOIAM,

    Defendants.

## INDICTMENT

**THE GRAND JURY CHARGES:**

# COUNT ONE

1. From on or about January 4, 2018 through on or about the 27th day of February, 2018, in the District of Kansas, and elsewhere, the defendants,

   GLADYS GONZALEZ<br>and<br>NANA AMARTEY BAIDOOBONSO – I AM

   did conspire, confederate and agree with each other to commit the following offense: they devised and intended to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses and representations, did for the purpose of executing such scheme or artifice placed in any post office or authorized depository for mail a matter or thing to be sent and delivered by the Postal Service; and knowingly caused to be delivered by mail according to the directions thereon a matter or thing, to wit; the defendants agreed to place, and to be placed, in the mail for delivery by the Postal Service various documents to be filed with the Clerk for the United States Bankruptcy Court in Wichita, Kansas.

   Manner and Means

2. It was part of the conspiracy that Gladys Gonzalez and Nana I Am would prepare and submit for filing with the United States Bankruptcy Court sitting in Wichita, Kansas, an *Involuntary Petition Against an Individual*, specifically A.S.W., whose identity is known to the Grand Jury, alleging that A.S.W. was

not paying his debts when said debts became due, and that A.S.W. owed "Gladys Gonzales" $1,260,000.00 and "Nana I Am" $630,000.00.

The above acts were in violation of Title 18, United States Code, §§1349 and 1341.

## COUNT TWO

3. On or about January 5, 2018, in the District of Kansas, and elsewhere, the defendants,

GLADYS GONZALEZ
and
NANA AMARTEY BAIDOOBONSO - I AM

having devised, and intending to devise, a scheme or artifice to defraud and for the purpose of obtaining money and property by means of materially false and fraudulent pretenses and representations, and for the purpose of executing such scheme and artifice, and attempting to do so, knowingly caused to be delivered by mail according to the direction thereon, a matter or thing, to wit: on January 5, 2018, the defendants caused to be delivered by mail an *Involuntary Petition Against an Individual* to the United States Bankruptcy Court for the District of Kansas.

The above acts were in violation of Title 18, United States Code, §§1341 and 2.

## COUNT THREE

4. On or about January 5, 2018, in the District of Kansas, the defendants,

   GLADYS GONZALEZ,
   and
   NANA AMARTEY BAIDOOBONSO - I AM

   having devised and intending to devise a scheme and artifice to defraud, and for the purpose of executing such scheme or artifice, and attempting to do so, did file a fraudulent involuntary petition under Title 11 of the United States Code § 303, to wit; the defendants filed a fraudulent *Involuntary Petition Against an Individual*, with the Bankruptcy Court for the District of Kansas.

The above act was in violation of Title 18, United States Code, §§ 157(1) and 2.

## COUNT FOUR

5. On or about January 5, 2018, in the District of Kansas, the defendants

   GLADYS GONZALEZ,
   and
   NANA AMARTEY BAIDOOBONSO - I AM

   did knowingly and fraudulently make a false declaration and statement under penalty of perjury in relation to a case under Title 11 of the United States Code, to wit: Gladys Gonzalez and Nana Amartey Baidoobonso - I Am did declare under penalty of perjury that the information they provided in the *Involuntary Petition Against an Individual¸* A.S.W., whose identity is known to the Grand Jury, was true and correct, when they in fact knew that the claim

that A.S.W. owed Defendant Gonzalez $1,260,000.00 was false and fraudulent, and that the claim that A.S.W. owed Defendant I Am $630,000.00 was false and fraudulent.

The above act was in violation of Title 18, United States Code, §§ 152(3) and 2.

A TRUE BILL.

September 4, 2019         s/Foreperson
DATE        FOREPERSON OF THE GRAND JURY

s/ STEPHEN R. McALLISTER
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845

(It is requested that the trial be held in Wichita, Kansas)