# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      v.                              Case No. 19-10127-02-JWB

**NANA AMARTEY BAIDOOBONSO-IAM,**
    a/k/a NANA I AM,
    a/k/a NANA A. IAM,
    a/k/a NANA AMARTEY BAIDOOBONSOIAM,
    a/k/a NANA BAIDOBONSOIAM,

      **Defendant.**

## MOTION TO DISMISS COUNTS ONE AND THREE

Comes now the United States of America, by and through Acting United States Attorney Duston Slinkard and Assistant United States Attorney Alan G. Metzger, pursuant to Fed. R. Crim. Pro. 48, and moves the Court as follows:

The United States moves to dismiss, without prejudice, Count One of the Indictment charging Defendant Baidoobonso-IAM with Conspiracy to Commit Mail Fraud in violation of 18 USC §§1349 and 1341, and Count Three of the Indictment charging Defendant Baidoobonso-IAM with bankruptcy fraud in violation of 18 U.S.C. 157.

In support of its motion the United States would inform the Court that the United States has moved to dismiss Gladys Gonzalez from the Indictment filed in this matter, and Defendant Baidoobonso-IAM does not object to his dismissal from Counts One and Three of the Indictment.

Wherefore, the United States prays for an order dismissing Defendant BAidoobonso-IAM, without prejudice, from Counts 1 and 3 of the Indictment filed in this matter.

                DUSTON J. SLINKARD
                Acting United States Attorney

                s/ Alan G. Metzger
                ALAN G. METZGER
                Ks. S.Ct. No. 10143
                Assistant United States Attorney
                District of Kansas
                301 N. Main, Suite 1200
                Wichita, Kansas 67202
                (316) 269-6481
                (316) 269-6484 (FAX)
                alan.metzger@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record

                s/ Alan G. Metzger
                ALAN G. METZGER
                Assistant U.S. Attorney